# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2794

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Joseph Mulherin, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 29, 2010
Filed: January 12, 2011

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joseph Mulherin appeals the sentence the district court[1] imposed after he pleaded guilty to producing child pornography in violation of 18 U.S.C. § 2251. Counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

After carefully reviewing the record, we conclude that the district court did not abuse its discretion. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009)

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

(en banc) (standard of review). The court did not commit any procedural error, see id. (describing factors that demonstrate procedural error), and we find nothing indicating that the sentence is substantively unreasonable, see United States v. Watson, 480 F.3d 1175, 1177 (8th Cir. 2007) (circumstances where court abuses its discretion, resulting in unreasonable sentence).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____